**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AILEEN BERNARDINO,** <br> Plaintiff(s), <br> vs. <br> **TARGET CORPORATION, INC.,** <br> Defendant(s). | Case No.: 12-CV-04639 YGR <br><br> **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

The above-named Plaintiff and her counsel are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

Paragraph 9 of the Court's Standing Order states: "[w]ithin three (3) business days after receipt of the [moving party's] letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party."

Defendant filed its Pre-filing Conference letter on June 14, 2013. (Dkt. No. 22.) To date, Plaintiff has failed to file a response to that letter.

A Pre-filing Conference for Defendant's Summary Judgment Motion shall be held at **2:00 p.m.** on **Tuesday, July 2, 2013**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5. No later than **2:00 p.m.** on **Friday, June 28, 2013**, Plaintiff must either file a written response to: (a) Defendant's Pre-Filing conference letter; or (b) show cause why Plaintiff and/or her counsel should not be sanctioned.

**IT IS SO ORDERED.**

Dated: June 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**