United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AILEEN BERNARDINO,** *an individual; and all others similarly situated*,<br><br>        Plaintiff,<br><br>        v.<br><br>**TARGET CORPORATION, INC.,**<br><br>        Defendant. | **Case No.: 12-CV-4639 YGR**<br><br>**ORDER VACATING HEARING** |

Now before the Court is the parties' joint motion for preliminary approval of a class action settlement.  (Dkt. No. 39 ("Motion").)  A hearing on the Motion is set for the Court's 2:00 p.m. calendar on **Tuesday, January 28, 2014**.  However, the undersigned judge is presiding over a multi-week criminal trial also scheduled for that day.  Accordingly, the Court **VACATES** the 2:00 p.m. hearing on the Motion.  The Court shall reset the hearing at a later date.

**IT IS SO ORDERED**.

Date: January  15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**