# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AILEEN BERNARDINO,** *an individual; and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **TARGET CORPORATION, INC.,** <br><br> Defendant. | **Case No.: 12-CV-4639 YGR** <br><br> **ORDER RESETTING HEARING** |

Now before the Court is the parties' joint motion for preliminary approval of a class action settlement. (Dkt. No. 39 ("Motion").) On January 15, 2014, the Court vacated the hearing on the Motion, with the proviso that the hearing would be reset at a later date. (Dkt. No. 44.)

The Court hereby **RESETS** the hearing on the Motion for the Court's 2:00 p.m. calendar on **Tuesday, February 4, 2014**, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**IT IS SO ORDERED**.

Date: January 27, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**