(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN BERNARDINO, an individual, and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | No. C-12-4639 YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** ORDER *AS MODIFIED BY THE COURT*:<br><br>(1) **PRELIMINARILY APPROVING PROPOSED SETTLEMENT;**<br>(2) **CONDITIONALLY CERTIFYING SETTLEMENT CLASS;**<br>(3) **APPOINTING CLASS REPRESENTATIVE, CLASS COUNSEL, AND SETTLEMENT ADMINISTRATOR;**<br>(4) **APPROVING FORMS OF NOTICE TO CLASS OF SETTLEMENT, CLASS MEMBER SETTLEMENT INFORMATION SHEET, AND ELECTION NOT TO PARTICIPATE IN SETTLEMENT; AND**<br>(5) **SETTING HEARING FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:      Tuesday, February 4, 2014<br>Time:      2:00 p.m.<br>Courtroom:  5<br>                1301 Clay Street, 2d Floor<br>                Oakland, California<br>Judge:     Hon. Yvonne Gonzalez Rogers |

1  SHAUN SETAREH (Cal. State Bar No. 204514)
   LAW OFFICE OF SHAUN SETAREH
2  9454 Wilshire Boulevard, Suite 711
   Beverly Hills, California  90212
3  Telephone: (310) 888-7771
   Facsimile: (310) 888-0109
4  shaun@setarehlaw.com

5  DAVID SPIVAK (Cal. State Bar No. 179684)
   THE SPIVAK LAW FIRM
6  9454 Wilshire Boulevard, Suite 303
   Beverly Hills, California  90212
7  Telephone: (310) 499-4730
   Facsimile: (310) 499-4739
8  david@spivaklaw.com

9  LOUIS BENOWITZ (Cal. State Bar No. 262300)
   LAW OFFICES OF LOUIS BENOWITZ
10 9454 Wilshire Boulevard, Penthouse
   Beverly Hills, California  90212
11 Telephone: (310) 844-5141
   Facsimile: (310) 492-4056
12 louis@benowitzlaw.com

13 Attorneys for Plaintiff Aileen Bernardino

14 JEFFREY D. WOHL (Cal. State Bar No. 96838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
15 PETER A. COOPER (Cal. State Bar No. 275300)
   PAUL HASTINGS LLP
16 55 Second Street, 24th Floor
   San Francisco, California  94105
17 Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
18 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
19 petercooper@paulhastings.com

20 Attorneys for Defendant Target Corporation

21

22

23

24

25

26

27

28

On February 4, 2014, a hearing was held on the joint motion of plaintiff Aileen Bernardino and defendant Target Corporation ("Target") for conditional certification of a settlement class in this action, preliminary approval of the parties' proposed settlement, approval of the notice to be sent to the class about the settlement and the forms of class member settlement information sheet and election not to participate in the settlement, and the setting of a date for the hearing on final approval of the settlement. Louis Benowitz of the Law Offices of Louis Benowitz appeared for plaintiff; and Jeffrey D. Wohl and Peter A. Cooper of Paul Hastings LLP appeared for Target.

The Court having read and considered the papers on the motion, the arguments of counsel, and the law; and good cause appearing therefor,

IT IS ORDERED:

1. The proposed class defined in paragraph 4 of this order meets the requirements for class certification for settlement purposes only under Rule 23(a) and 23(b)(3), Federal Rules of Civil Procedure.

2. The parties' Settlement Agreement (the "Settlement" or the "Agreement") (Declaration of Shaun Setareh in Support of Joint Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Class, Approval of Class Notice, and Setting of Final Approval Hearing, Exh. 1 (ECF 40)) is granted preliminary approval as it meets the criteria for preliminary settlement approval. The Settlement falls within the range of possible approval as fair, adequate, and reasonable, and appears to be the product of arms' length and informed negotiations and to treat all Class Members fairly.

3. The parties' proposed notice plan is constitutionally sound because individual notices will be mailed to all class members whose identities are known to the parties, and such notice is the best notice practicable. The parties' proposed revised Notice of Proposed Class Action Settlement and Final Approval Hearing, as submitted to the Court on February 14, 2014 (ECF 51), as well as the Class Member Information Sheet (Settlement, Exh. C), and Election Not to Participate in Settlement (*id.*, Exh. D) (collectively, the "Class Notice Packet"), are sufficient to inform Class Members of the terms of the Settlement, their rights under the Settlement, their rights to object to the Settlement, their right to receive a Settlement Share or elect not to participate in the Settlement, and the processes for doing so,

and the date and location of the final approval hearing and are therefore approved.

    4.    The following persons are certified as Class Members solely for the purpose of entering a settlement in this matter:

> All persons employed by Target in the State of California as non-exempt, non-seasonal employees whose employment terminated during the period from July 9, 2009, through the date of preliminary approval of Settlement; whose employment, according to company personnel and payroll records, was terminated involuntarily; and who were issued a final paycheck one or more days after their termination date, excluding those individuals who already have resolved the claims to be released under the Settlement, whether by release or adjudication.

    5.    Class Members will receive a Settlement Share unless they submit a timely and valid Election Not to Participate in Settlement form.

    6.    Any Class Member who elects not to participate in the Settlement has until 45 days after the mailing of the Class Notice to submit his or her Election Not to Participate pursuant to the procedures set forth in the Class Notice.

    7.    Any Class Member who wishes to object to the Settlement has until 45 days after the mailing of the Class Notice to mail to the Clerk of Court and counsel for the parties his or her written objection (and, if he or she wishes to appear at the final approval hearing, to indicate in his or her written objection an intention to appear), pursuant to the procedures set forth in the Class Notice.

    8.    Any Class Member who wishes to object to the requests for the Class Representative Payment or the Class Counsel Fees and Expenses Payment has until 21 days before the Final Approval Hearing to file with the Clerk of Court and serve on counsel for the parties his or her written objection (and, if he or she wishes to appear at the final approval hearing, to indicate in his or her written objection an intention to appear), pursuant to the procedures set forth in the Class Notice.

    9.    CPT Group, Inc. is appointed to act as the Settlement Administrator, pursuant to the terms set forth in the Agreement.

    10.    Plaintiff Aileen Bernardino is appointed the Class Representative. Shaun Setareh of the Law Office of Shaun Setareh, David Spivak of The Spivak Law Firm, and Louis Benowitz of the Law Offices of Louis Benowitz are appointed Class Counsel.

    11.    The Class Notice will be disseminated according to the notice plan described in the

Settlement Agreement and substantially in the form submitted by the parties. Proof of distribution of the Class Notice will be filed by the parties in conjunction with the motion for an order granting final approval of the Settlement.

*The parties are ordered to revise the Notice by changing to bold font (i) all dates and (ii) the sentence found on page one, stating: "You have been identified by Target's records as a member of the class."*

12. Target is directed to provide to the Settlement Administrator not later than 30 days after the date of this order the Class Members' Data as specified by the Settlement Agreement.

13. The Settlement Administrator is directed to mail the Class Notice Packet by first-class mail to the Class Members not later than 30 days after receipt of the Class Members' Data.

14. A final approval hearing will be held on September 2, 2014, at 2:00 p.m., to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider plaintiff and Class Counsel's request, made by separate motion, for the Class Representative Payment and the Class Counsel Fees and Expense Payment. Class Members and their counsel may support or oppose the Settlement and the motion for awards of the Class Representative Payments and the Class Counsel Fees and Expense Payment, if they so desire, as set forth in the Class Notice.

15. The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

Dated: February 14, 2014.

_____
Yvonne Gonzalez Rogers
United States District Judge