**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AILEEN BERNARDINO,** *an individual; and all others similarly situated*,<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**TARGET CORPORATION, INC.,**<br><br>       **Defendant.** | **Case No.: 12-CV-4639 YGR**<br><br>**ORDER REQUIRING SUBMISSION OF DOCUMENTS AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the parties' submission of class relief data shall be held on Friday, September 12, 2014 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) plaintiff's revised bill of costs, as well as any already-compiled data concerning the anticipated recovery to class members, including, for example, data regarding the mean, median, and maximum recovery[1]; or (b) a one-page JOINT STATEMENT setting forth an explanation for their

---

[1] If data are submitted in spreadsheet form, an electronic copy of the spreadsheet filed in the public record shall, at the time of filing, be sent to the Court's Proposed Order Inbox: YGRpo@cand.uscourts.gov.

failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Date: September 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**