(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN BERNARDINO, an individual, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | No. C 12-4639 YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR AWARDS OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE PAYMENT BY PLAINTIFF AILEEN BERNARDINO**<br><br>Date: Tuesday, September 2, 2014<br>Time: 2:00 p.m.<br>Courtroom: 1, 4th Floor, 1301 Clay Street, Oakland<br>Judge: Hon. Yvonne Gonzalez Rogers |

1  SHAUN SETAREH (Cal. State Bar No. 204514)
   LAW OFFICE OF SHAUN SETAREH
2  9454 Wilshire Boulevard, Suite 711
   Beverly Hills, California 90212
3  Telephone: (310) 888-7771
   Facsimile: (310) 888-0109
4  shaun@setarehlaw.com

5  DAVID SPIVAK (Cal. State Bar No. 179684)
   THE SPIVAK LAW FIRM
6  9454 Wilshire Boulevard, Suite 303
   Beverly Hills, California 90212
7  Telephone: (310) 499-4730
   Facsimile: (310) 499-4739
8  david@spivaklaw.com

9  LOUIS BENOWITZ (Cal. State Bar No. 262300)
   LAW OFFICES OF LOUIS BENOWITZ
10 9454 Wilshire Boulevard, Penthouse
   Beverly Hills, California 90212
11 Telephone: (310) 844-5141
   Facsimile: (310) 492-4056
12 louis@benowitzlaw.com

13 Attorneys for Plaintiff Aileen Bernardino

On September 2, 2014, a hearing was held on the motion of plaintiff Aileen Bernardino and for awards of attorneys' fees, costs, and class representative payment. Shaun Setareh of the Law Office of Shaun Setareh, David Spivak of The Spivak Law Firm, and Louis Benowitz of the Law Offices of Louis Benowitz appeared for plaintiff and the Class; and Jeffrey D. Wohl, Rishi N. Sharma, and Peter A. Cooper of Paul Hastings LLP appeared for Target.

The parties have submitted their Settlement, which this Court preliminarily approved by its order entered on February 14, 2014. In accordance with the Preliminary Approval Order, Class Members have been given notice of the terms of the Settlement and the opportunity to object to it or to exclude themselves from its provisions.

Having received and considered the motion, the supporting papers filed by plaintiff, and the evidence and argument received by the Court at the hearing before it entered the Preliminary Approval Order and at the hearing held on September 2, 2014, the Court grants the motion and HEREBY ORDERS and MAKES DETERMINATIONS as follows:

1. The Court grants the Class Counsel Fees and Expenses Payment and the Class Representative Payment in the amounts requested.

2. The Court finds and determines that an award of $87,500 in attorneys' fees to Class Counsel (25% of the Maximum Settlement Amount) is fair, adequate, and reasonable. The Court hereby gives final approval to and orders that amount be paid out of the Maximum Settlement Amount in accordance with the Settlement.

3. The Court finds and determines that an award of $ 5,935.32 in actual litigation costs is fair, adequate, and reasonable. The Court hereby gives final approval to and orders that amount be paid out of the Maximum Settlement Amount in accordance with the Settlement.

4. The Court finds and determines that the Class Representative Payment of $7,500 to plaintiff is fair, adequate, and reasonable. The Court hereby gives final approval to and orders that amount be paid out of the Maximum Settlement Amount in accordance with the Settlement.

5. Without affecting the finality of this order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

6. The Parties will bear their own costs and attorneys' fees except as otherwise provided by this Order.

IT IS SO ORDERED.

Dated: September 16, 2014.

_____
Yvonne Gonzalez Rogers
United States District Judge